AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00382 |
| Stephen Chase Randolph | ) Assigned To : Meriweather, Robin M. |
| DOB: XXXXXX | ) Assign. Date : 4/16/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

Code Section                                   Offense Description

18 U.S.C. § 111(a)(1) and (b) - Assaulting, Resisting, or Impeding an Officer Causing Bodily Injury,
18 U.S.C. § 231(a)(3) and §2 - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Complainant's signature_

Kacy Jones, Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __04/16/2021__

_Judge's signature_

City and state: __Washington, D.C.__   Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_